

```
BANNING MICKLOW & BULL LLP
William L. Banning, State Bar No. 75757
Jessica L. Voss, State Bar No. 247033
501 West Broadway, Suite 2090
San Diego, California 92101
Telephone: (619) 230-0030
Facsimile: (619) 230-1350
```

Attorneys for Plaintiff FELIX CANALES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX CANALES,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TRI-MARINE FISHING MANAGEMENT, L.L.C.; TRI-MARINE INTERNATIONAL, INC.; CAPE FINISTERRE FISHING L.P.; CAPE FINISTERRE FISHING, L.L.C.; CAPE FISHERIES HOLDINGS, L.P.; CAPE FISHERIES U.S. HOLDINGS, L.P.; *in personam*, and F/V CAPE FINISTERRE, USCG official number 610466 her engines, tackle, apparel, furniture, and appurtenances, *in rem*,<br><br>　　　　　Defendants. | Case No.: CV 07-05370 GAF (PLAx)<br><br>**JOINT MOTION DISMISSING THE COMPLAINT OF FELIX CANALES; [~~PROPOSED~~] ORDER** |

WHEREAS, the Defendants TRI-MARINE FISHING MANAGEMENT, L.L.C., TRI-MARINE INTERNATIONAL, INC., and F/V CAPE FINISTERRE ("Defendants") and Plaintiff, FELIX CANALES ("CANALES") have agreed to a settlement of CANALES' claim;

///

///

///

1  IT IS HEREBY STIPULATED by and between the Defendants and
2  CANALES through their respective counsel of record that CANALES' complaint
3  be dismissed with prejudice pursuant to FRCP 41(a)(1) and (2) with each party to
4  bear their own costs and attorney's fees.
5  Endorsement of this agreement may be made in counterpart signatures.

Dated: July 11, 2008          BANNING MICKLOW & BULL LLP

                              By: _____
                                  William L. Banning
                                  Jessica L. Voss

                              Attorneys for Plaintiff
                              FELIX CANALES

Dated: July 11, 2008          HOLMES WEDDLE & BARCOTT

                              By: _____
                                  Michael A. Barcott, Esq.

                              Attorneys for Defendants
                              TRI-MARINE FISHING MANAGEMENT,
                              L.L.C.; TRI-MARINE INTERNATIONAL
                              INC.; F/V CAPE FINISTERRE

PURSUANT TO JOINT MOTION IT IS HEREBY ORDERED THAT the
Complaint of FELIX CANALES is hereby dismissed with prejudice. Each Party
to bear their own costs and attorneys fees.

Dated: 7/25, 2008             By: _____
                                  ~~The Honorable Larry A. Burns~~
                                  GARY ALLEN FEESS
                                  UNITED STATES DISTRICT COURT